COURT OF APPEALS

                                      SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-049-CR

 

SHANE CODY HICKSON                                                       APPELLANT

 

                                                   V.

THE
STATE OF TEXAS                                                                STATE

                                               ----------

               FROM THE 355TH
DISTRICT COURT OF HOOD COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have
considered AAppellant=s Motion
To Dismiss.@ 
The motion complies with rule 42.2(a) of the rules of appellate
procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P.
42.2(a), 43.2(f).

PER CURIAM

 

PANEL: GARDNER, WALKER, and MCCOY, JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: July 9, 2009











[1]See Tex. R. App. P. 47.4.